United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12154-mdc |
| Glenna F Cupid | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 09, 2023 | Form ID: 155 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenna F Cupid, 24 Red Rowan Lane, Plymouth Meeting, PA 19462-2118 |
| 14800383 | + | Accconfin, 70 W Oakland Ave, Doylestown, PA 18901-4214 |
| 14800402 | + | Philadelphia Square Apartments, 1055 Philadelphia Street, Suite 101, Indiana, PA 15701-5008 |
| 14800404 | + | Solomon, Berschler, Campbell & Thomas PC, 317 Swede Street, Norristown, PA 19401-4801 |
| 14800408 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14800384 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2023 00:54:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14800387 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 10 2023 00:54:39 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14802678 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:38:50 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14802939 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:55:48 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14805913 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:56:04 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14806327 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:55:16 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston TX 77210-4360 |
| 14805950 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:55:06 | Capital One Auto Finance, a division of Capital On, c/o AISPortfolio Services, LLC, P.O. Box 4360, Houston TX 77210-4360 |
| 14800390 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 10 2023 00:38:12 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14803288 | + | Email/Text: EBN@brockandscott.com | Nov 10 2023 00:25:00 | Deutsche Bank National Trust Company ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14803594 | + | Email/Text: EBN@brockandscott.com | Nov 10 2023 00:25:00 | Deutsche Bank National Trust Company, as Trustee f, c/o Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14800392 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 10 2023 00:26:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14800393 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 10 2023 00:55:42 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

Case 23-12154-djb   Doc 28   Filed 11/11/23   Entered 11/12/23 11:55:33   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: 155 | Total Noticed: 41 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14800395 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 10 2023 00:26:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14806805 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2023 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7317, Philadelphia, PA 19101-7317 |
| 14800399 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 10 2023 00:25:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14801948 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 10 2023 00:25:00 | Lendmark Financial Services, LLC., 2118 Usher Street NW, COVINGTON, GA 30014 |
| 14802680 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:38:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14806553 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2023 00:38:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14800400 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2023 00:38:33 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14800401 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 10 2023 00:25:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14810334 | | Email/Text: BKEBN-Notifications@ocwen.com | Nov 10 2023 00:25:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14803289 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 10 2023 00:25:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14818125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2023 00:38:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14817932 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2023 00:56:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14817607 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2023 00:26:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14817822 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2023 00:26:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 772813, Chicago IL 60677-2813 |
| 14817609 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2023 00:26:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14809488 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2023 00:26:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14809927 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2023 00:26:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 2489, Kirkland, WA 98083-2489 |
| 14805139 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2023 00:26:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14805498 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2023 00:26:00 | Santander Consumer USA Inc.; as Assignee for, MMNA Retail, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14800403 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2023 00:26:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 560284, Dallas, TX 75356-0284 |
| 14800405 | + | Email/Text: documentfiling@lciinc.com | Nov 10 2023 00:25:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14800409 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 10 2023 00:26:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

Case 23-12154-djb   Doc 28   Filed 11/11/23   Entered 11/12/23 11:55:33   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: 155 | Total Noticed: 41 |

| 14800410 | ^ MEBN | | Nov 10 2023 00:22:52 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
|---|---|---|---|---|
| 14800411 | ^ MEBN | | Nov 10 2023 00:22:51 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14800385 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14800386 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14800388 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14800389 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14802679 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14802681 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14814524 | *+ | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston TX 77210-4360 |
| 14800391 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14800394 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14800396 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14800397 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14800398 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14803595 | *+ | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14800406 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14800407 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Ixis Real Estate Capital Trust 2006-HE1 Mortgag andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Glenna F Cupid brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 09, 2023 | Form ID: 155 | Total Noticed: 41 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

STEPHEN R. STARKS
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Ixis Real Estate Capital Trust 2006-HE1 Mortgag ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Glenna F Cupid
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−12154−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this November 9, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

27 − 8
Form 155