# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>GLENNA F CUPID AKA GLENNA F FISHER<br>    Debtor | Case No. 23-12154-pmm |
| | Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust 2006-HE1 Mortgage Pass Through Certificates, Series 2006-HE1,<br>    Movant | |
| vs.<br>GLENNA F CUPID AKA GLENNA F FISHER<br>    Respondent | 11 U.S.C. §362 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

Movant, by its attorneys, Brock and Scott PLLC, hereby requests a termination of Automatic Stay and leave to proceed with its state court rights on its mortgage on real property owned by GLENNA F CUPID (the "Debtor").

1. Movant is Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust 2006-HE1 Mortgage Pass Through Certificates, Series 2006-HE1.

2. Debtor, GLENNA F. FISHER, is/are the owner(s) of the premises located at 24 Red Rowan Lane, Plymouth Meeting, Pennsylvania 19462 hereinafter known as the mortgaged premises.

3. Movant is the holder of a mortgage on the mortgaged premises.

4. Debtor's failure to tender monthly payments in a manner consistent with the terms of the Mortgage and Note result in a lack of adequate protection.

5. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed as of April 1, 2024:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 3 | February 1, 2024 | April 1, 2024 | $1,426.42 | $4,279.26 |
| | | | Less partial payments (suspense balance): | ($44.80) |
| | | | **Total:** | **$4,234.46** |

6. A post-petition payment history is attached hereto as Exhibit A.

7. The next payment is due on or before May 1, 2024 in the amount of $1,426.42. Under the terms of the Note and Mortgage, Debtor has a continuing obligation to remain current post-petition and failure to do so results in a lack of adequate protection to Movant. The following fees and costs have been incurred since bankruptcy filing: N/A

8. Upon information and belief, the payoff amount as of April 1, 2024 is $274,365.23.

9. Movant, Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust 2006-HE1 Mortgage Pass Through Certificates, Series 2006-HE1 requests the Court award reimbursement in the amount of $1,249.00 for the legal fees and costs associated with this Motion.

10. Movant has cause to have the Automatic Stay terminated as to permit Movant to proceed with its state court rights pursuant to the mortgage contract.

11. Movant specifically requests permission from the Honorable Court to communicate with and Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

12. Movant, it's successors and assignees posits that due to Debtor's continuing failure to tender post-petition mortgage payments and the resulting and ever increasing lack of adequate protection that said failure presents, sufficient grounds exist for waiver of Rule 4001(a)(3), and that Movant, its successors or assignees should be allowed to immediately enforce and implement the

Order granting relief from the automatic stay.

13. Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure 3002.1 be waived.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a. Modifying the Automatic Stay under Section 362 with respect to 24 Red Rowan Lane, Plymouth Meeting, Pennsylvania 19462 (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors and assignees, to proceed with its rights under the terms of said Mortgage; and

b. Movant specifically requests permission from this Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and

c. That the Trustee cease making any further distributions to the Creditor; and

d. Holding that due to Debtor's continuing failure to tender post-petition mortgage payments and the resulting and ever-increasing lack of adequate protection that said failure presents, sufficient grounds exist for waiver of Rule 4001(a)(3), and that Movant, its successors or assignees, should be allowed to immediately enforce and implement the Order granting relief from the automatic stay; and

e. Awarding Movant attorney fees and costs related to this Motion in the amount of $1,249.00; and

f. Waiving Federal Rule of Bankruptcy Procedure 3002.1; and

  g. Granting any other relief that this Court deems equitable and just.

This is the 15th day of April, 2024.

            */s/Andrew Spivack*
            Andrew Spivack, PA Bar No. 84439
            Matthew Fissel, PA Bar No. 314567
            Mario Hanyon, PA Bar No. 203993
            Ryan Starks, PA Bar No. 330002
            Jay Jones, PA Bar No. 86657
            Attorney for Creditor
            BROCK & SCOTT, PLLC
            3825 Forrestgate Drive
            Winston Salem, NC 27103
            Telephone: (844) 856-6646
            Facsimile: (704) 369-0760
            E-Mail: PABKR@brockandscott.com