# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>GLENNA F CUPID AKA GLENNA F FISHER<br>    Debtor | Case No. 23-12154-djb |
| | Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust 2006-HE1 Mortgage Pass Through Certificates, Series 2006-HE1,<br>    Movant | |
| vs.<br>GLENNA F CUPID AKA GLENNA F FISHER<br>    Respondent | 11 U.S.C. §362 |

## CERTIFICATION OF DEFAULT

    **BROCK AND SCOTT, PLLC**, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge on May 20, 2024.

    In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's failure to cure the default.

    */s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>GLENNA F CUPID AKA GLENNA F FISHER | Case No. 23-12154-djb<br>Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust 2006-HE1 Mortgage Pass Through Certificates, Series 2006-HE1,<br>  Movant<br><br>vs.<br><br>GLENNA F CUPID AKA GLENNA F FISHER ,<br>  Debtor | |

## CERTIFICATE OF SERVICE

  I, the undersigned, certify that on October 11, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of Default

  I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: October 11, 2025

                /s/Mario Hanyon
                Andrew Spivack, PA Bar No. 84439
                Mario Hanyon, PA Bar No. 203993
                Ryan Srnik, PA Bar No. 334854
                Jay Jones, PA Bar No. 86657
                Attorney for Creditor

                                                                               BROCK & SCOTT, PLLC
                                                                               3825 Forrestgate Drive
                                                                               Winston Salem, NC 27103
                                                                              Telephone: (844) 856-6646
                                                                              Facsimile: (704) 369-0760
                                                                              E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Brad J Sadek, Debtor's Attorney
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney

Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
         ☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
         ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee

Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
         ☐ Other:

GLENNA F CUPID
24 RED ROWAN LANE
PLYMOUTH MEETING, PA 16462
Debtor

Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
         ☐ Other: