| Debtor Name: | Glenna F Cupid | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 23-12154 | | | | | |
| Filing Date: | 7/20/2023 | | | | Completed by: | Biswajit |
| Post First Due: | 8/1/2023 | | | | Completed Date: | 10/8/2025 |
| Post-Petition Due | Stipulation Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| | 02/01/2024-04/01/2024 | Consent order | $ 44.80 | $ 44.80 | $ - | $ - |
| | | 5/17/2024 | $ 1,426.42 | | $ 1,426.42 | $ 1,426.42 |
| 5/1/2024 | | 5/20/2024 | | $ 1,426.42 | $ (1,426.42) | $ - |
| | | 6/28/2024 | $ 1,426.42 | | $ 1,426.42 | $ 1,426.42 |
| 6/1/2024 | | 7/1/2024 | | $ 1,426.42 | $ (1,426.42) | $ - |
| | | 7/31/2024 | $ 1,426.45 | | $ 1,426.45 | $ 1,426.45 |
| 7/1/2024 | | 8/1/2024 | | $ 1,426.42 | $ (1,426.42) | $ 0.03 |
| | | 9/6/2024 | $ 1,544.34 | | $ 1,544.34 | $ 1,544.37 |
| 8/1/2024 | | 9/9/2024 | | $ 1,544.34 | $ (1,544.34) | $ 0.03 |
| | | 10/4/2024 | $ 1,544.34 | | $ 1,544.34 | $ 1,544.37 |
| 9/1/2024 | | 10/7/2024 | | $ 1,544.34 | $ (1,544.34) | $ 0.03 |
| | | 11/8/2024 | $ 1,544.34 | | $ 1,544.34 | $ 1,544.37 |
| 10/1/2024 | | 11/12/2024 | | $ 1,544.34 | $ (1,544.34) | $ 0.03 |
| | | 12/6/2024 | $ 1,544.34 | | $ 1,544.34 | $ 1,544.37 |
| 11/1/2024 | | 12/9/2024 | | $ 1,544.34 | $ (1,544.34) | $ 0.03 |
| | | 1/3/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,544.37 |
| 12/1/2024 | | 1/6/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.03 |
| | | 2/7/2025 | $ 1,545.00 | | $ 1,545.00 | $ 1,545.03 |
| 1/1/2025 | | 2/10/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 3/21/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 2/1/2025 | | 3/24/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 4/18/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 3/1/2025 | | 4/21/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 5/16/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 4/1/2025 | | 5/19/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 6/20/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 5/1/2025 | | 6/23/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 8/8/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 6/1/2025 | | 8/11/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 9/18/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 7/1/2025 | | 9/19/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | | $ 22,856.83 | | | |

**Debtor Post Due:**

| Post Due Date | Total Payment | Principal & Interest | Escrow | NOPC Filed Date |
|---|---|---|---|---|
| 8/1/2025 | $ 1,602.29 | $ 837.86 | $ 764.43 | 6/25/2025 |
| 9/1/2025 | $ 1,602.29 | $ 837.86 | $ 764.43 | |
| 10/1/2025 | $ 1,602.29 | $ 837.86 | $ 764.43 | |
| **Total Due** | $ 4,806.87 | $ 2,513.58 | $ 2,293.29 | |

| Stip Due Date | Total Payment |
|---|---|
| - | $ - |
| **Total Due** | $ - |

| Total Delinquency | $ 4,806.87 |
|---|---|
| Suspense Balance | $ (0.69) |
| **Total Due** | $ 4,806.18 |