

**Consumer Hotline**  
844-856-6646

3825 Forrestgate Drive, Winston Salem, NC 27103  
ConsumerContact@brockandscott.com  
www.brockandscott.com

Andrew Spivack, Esquire  
Bankruptcy Attorney

September 25, 2025

SENT VIA REGULAR MAIL AND E-MAILED TO:  
Brad J Sadek, Esquire  
1500 JFK Boulevard  
Ste 220  
Philadelphia, PA 19102  
Email: brad@sadeklaw.com

RE:    GLENNA F CUPID AKA GLENNA F FISHER  
Bankruptcy No. 23-12154-djb  
24 Red Rowan Lane, Plymouth Meeting, PA 19462  
Loan ending in 0483

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on May 20, 2024.

Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of August 1, 2025 through September 1, 2025 in the amount of $1,602.29 each, less Debtor's suspense in the amount of $0.69. In order to cure this default, it will be necessary for your client to remit 3,328.89, representing payments past due under the terms of the Stipulation plus attorney fees in the amount of $125.00 for this Notice, within ten (10) days from the date of this letter.

Your client(s)' payment to cure this default should be remitted to:

PHH Mortgage  
Attn: SBRP / P.O. Box 24781  
West Palm Beach, FL 33416

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay. In the event a Certificate of Default if filed with the Court according to the terms of the Stipulation, additional fees in the amount of $250.00 may incur.

Bankruptcy Dept.  
Brock and Scott, PLLC

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  IF YOU:  ARE A DEBTOR IN AN ACTIVE BANKRUPTCY CASE; ARE UNDER THE PROTECTION OF A BANKRUPTCY STAY; OR, HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AND YOU HAVE NOT REAFFIRMED THE DEBT, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

cc:
GLENNA F CUPID

**Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust 2006-HE1 Mortgage Pass Through Certificates, Series 2006-HE1**

| Debtor Name: | Glenna F Cupid | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 23-12154 | | | | | |
| Filing Date: | 7/20/2023 | | | | Completed by: | Mariasel |
| Post First Due: | 8/1/2023 | | | | Completed Date: | 9/17/2025 |
| Post-Petition Due | Stipulation Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| | 02/01/2024-04/01/2024 | Consent order | $ 44.80 | $ 44.80 | $ - | $ - |
| | | 5/17/2024 | $ 1,426.42 | | $ 1,426.42 | $ 1,426.42 |
| 5/1/2024 | | 5/20/2024 | | $ 1,426.42 | $ (1,426.42) | $ - |
| | | 6/28/2024 | $ 1,426.42 | | $ 1,426.42 | $ 1,426.42 |
| 6/1/2024 | | 7/1/2024 | | $ 1,426.42 | $ (1,426.42) | $ - |
| | | 7/31/2024 | $ 1,426.45 | | $ 1,426.45 | $ 1,426.45 |
| 7/1/2024 | | 8/1/2024 | | $ 1,426.42 | $ (1,426.42) | $ 0.03 |
| | | 9/6/2024 | $ 1,544.34 | | $ 1,544.34 | $ 1,544.37 |
| 8/1/2024 | | 9/9/2024 | | $ 1,544.34 | $ (1,544.34) | $ 0.03 |
| | | 10/4/2024 | $ 1,544.34 | | $ 1,544.34 | $ 1,544.37 |
| 9/1/2024 | | 10/7/2024 | | $ 1,544.34 | $ (1,544.34) | $ 0.03 |
| | | 11/8/2024 | $ 1,544.34 | | $ 1,544.34 | $ 1,544.37 |
| 10/1/2024 | | 11/12/2024 | | $ 1,544.34 | $ (1,544.34) | $ 0.03 |
| | | 12/6/2024 | $ 1,544.34 | | $ 1,544.34 | $ 1,544.37 |
| 11/1/2024 | | 12/9/2024 | | $ 1,544.34 | $ (1,544.34) | $ 0.03 |
| | | 1/3/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,544.37 |
| 12/1/2024 | | 1/6/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.03 |
| | | 2/7/2025 | $ 1,545.00 | | $ 1,545.00 | $ 1,545.03 |
| 1/1/2025 | | 2/10/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 3/21/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 2/1/2025 | | 3/24/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 4/18/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 3/1/2025 | | 4/21/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 5/16/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 4/1/2025 | | 5/19/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 6/20/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 5/1/2025 | | 6/23/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| | | 8/8/2025 | $ 1,544.34 | | $ 1,544.34 | $ 1,545.03 |
| 6/1/2025 | | 8/11/2025 | | $ 1,544.34 | $ (1,544.34) | $ 0.69 |
| 7/1/2025 | | 9/18/2025 | $ 1,544.34 | $ 1,544.34 | | $ 0.69 |
| | | | $ 22,856.83 | | | |

**Debtor Post Due:**

| Post Due Date | Total Payment | Principal & Interest | Escrow | NOPC Filed Date |
|---|---|---|---|---|
| 8/1/2025 | $ 1,602.29 | $ 837.86 | $ 764.43 | |
| 9/1/2025 | $ 1,602.29 | $ 837.86 | $ 764.43 | 6/25/2025 |
| | | | | |
| **Total Due** | $ 3,204.58 | $ 1,675.72 | $ 1,528.86 | |

| Stip Due Date | Total Payment |
|---|---|
| - | $ - |
| **Total Due** | $ - |

| | |
|---|---|
| **Total Delinquency** | $ 3,204.58 |
| **Suspense Balance** | $ (0.69) |
| **Total Due** | $ 3,203.89 |